IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 3:08cr120HTW-LRA

TIMOTHY STEWART

## ORDER OF DISMISSAL
## COUNTS 2 and 4

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 and 4 of the Criminal Indictment against the defendant, TIMOTHY STEWART, without prejudice.

STAN HARRIS
Acting United States Attorney

Date:   March 26, 2009                    By:   s/ Erin O. Chalk
                                                Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 and 4.

ORDERED this the 6th day of April, 2009.

**s/ HENRY T. WINGATE**

_____
UNITED STATES CHIEF DISTRICT JUDGE